**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RONTARIAN LAMAR WRIGHT,**

    Petitioner,

vs.                                                Case No. 4:10cv262-LC/CAS

**STATE OF FLORIDA,**

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 30, 2013, doc. 23. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of any portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The Petitioner's amended § 2254 petition (Doc. 8) is **DENIED**.

It is further **ORDERED** that a certificate of appealability and leave to appeal in forma pauperis are also **DENIED.**

**DONE AND ORDERED** this 9th day of July, 2013.

*s/L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**